Erik F. Stidham (ISB #5483)
Jennifer M. Jensen (ISB #9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
Facsimile: 208.343.8869
efstidham@hollandhart.com
jmjensen@hollandhart.com

Cari K. Dawson *(pro hac vice)*
Gavin Reinke *(pro hac vice)*
Thomas Grantham *(pro hac vice)*
Taylor Lin *(pro hac vice)*
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404.881.7000
Facsimile: 404.881.7777
cari.dawson@alston.com
gavin.reinke@alston.com
thomas.grantham@alston.com
taylor.lin@alston.com

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| MARYELIN ALBERTO, on behalf of herself individually and on behalf of all others similarly situated,<br><br>Plaintiff.<br><br>vs.<br><br>ALBERTSONS COMPANIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:23-cv-00251-DKG<br><br>**JOINT MOTION TO STAY PROCEEDINGS** |

JOINT MOTION TO STAY PROCEEDINGS -1

Plaintiff Maryelin Alberto ("Alberto") and Defendant Albertsons Companies, Inc. ("Albertsons") (collectively, the "Parties"), by and through their undersigned counsel, jointly request that the Court stay this matter for 90 days to allow the parties time to explore alternative means of resolution.

Plaintiff filed its Class Action Complaint on May 17, 2023. Dkt. 1. Pursuant to an Order by this Court granting Defendant a thirty (30) day extension of time to respond (Dkt. 9), Defendant filed its Motion to Dismiss, Stay, or Transfer the Complaint on July 10, 2023. Dkt. 16. Plaintiff's response to Defendant's motion is due July 31, 2023. *See* Dkt. 16.

Counsel for the Parties have since conferred regarding this matter. Based on these discussions, the Parties believe a stay of the proceedings for 90 days would provide the Parties with sufficient time to consider alternative means for resolving this matter. This would conserve all Parties' and the Court's resources before engaging in further litigation and motion practice.

For this reason, the Parties jointly request this matter be stayed for 90 days, with the Parties to file a status report by the end of that period advising the Court as to the status of their efforts to resolve this matter, including whether the stay should be extended. The requested stay would encompass all current briefing and filing deadlines, including Plaintiff's response to Defendant's pending motion, any reply by Defendant, and the setting of a scheduling conference or any other deadlines under Dist. Idaho Loc. Civ. R. 16.1.

DATED:  July 24, 2023

                        HOLLAND & HART LLP

                        By: */s/Erik F. Stidham*
                              Erik F. Stidham
                              Jennifer M. Jensen

                              Cari K. Dawson (*pro hac vice*)
                              Gavin Reinke (*pro hac vice*)

JOINT MOTION TO STAY PROCEEDINGS -2

        Thomas Grantham (*pro hac vice*)
        Taylor Lin (*pro hac vice*)
        ALSTON & BIRD LLP
        One Atlantic Center
        1201 West Peachtree Street
        Atlanta, GA 30309-3424
        Telephone: 404.881.7000
        Facsimile: 404.881.7777
        cari.dawson@alston.com
        gavin.reinke@alston.com
        thomas.grantham@alston.com
        taylor.lin@alston.com

        *ATTORNEYS FOR DEFENDANT*

DATED: July 24, 2023

By: */s/Jaren Wieland*
        Jaren Wieland, ISB No. 8265
        MOONEY WIELAND WARREN
        512 W. Idaho St., Suite 103
        Boise, ID 83702
        jaren.wieland.service@mooneywieland.com

        Gary M. Klinger (*pro hac vice*)
        MILBERG COLEMAN BRYSON
        PHILLIPS GROSSMAN PLLC
        227 W. Monroe St., Suite 2100
        Chicago, IL 60606
        gklinger@milberg.com

        *ATTORNEYS FOR PLAINTIFF*

JOINT MOTION TO STAY PROCEEDINGS -3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of July, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

        Jaren.wieland.service@mooneywieland.com
        gklinger@milberg.com


        */s/ Erik F. Stidham*
        Erik F. Stidham
        of HOLLAND & HART LLP

JOINT MOTION TO STAY PROCEEDINGS -4