UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARYELIN ALBERTO, on behalf of herself individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTSONS COMPANIES, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 1:23-cv-00251-AKB<br><br>ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS (DKT. 20) |

    Before the Court is the parties' Joint Motion to Stay the Proceedings (Dkt. 20). The motion requests that the Court stay this matter until June 30, 2024, to allow the parties time to effectuate their agreement with respect to the resolution of this case. Having reviewed the same and good cause appearing, the Court will GRANT the motion (Dkt. 20).

    Accordingly, IT IS HEREBY ORDERED that the parties shall submit their final dismissal papers no later than June 30, 2024, or otherwise file a status report apprising the Court of the settlement's status.

    IT IS SO ORDERED.

DATED: January 22, 2024

*Amanda K. Brailsford*
Amanda K. Brailsford
U.S. District Court Judge